UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 15-28106-RAM |
| ALEXIS OMS | : | CHAPTER 7 |
| Debtor | : | |
| | : | ADV. CASE NO: 16-01113-RAM |
| ROBERT ANGUEIRA, Chapter 7 Trustee in Bankruptcy for Alexis Oms | : | |
| Plaintiff, vs. | : | |
| JORGELINA PEREA, | : | |
| Defendant. | : | |

### *EX PARTE* MOTION TO CONTINUE PRETRIAL CONFERENCE

COMES NOW the Plaintiff-Trustee, Robert A. Angueira, and files this *Ex Parte* Motion to Continue Pretrial Conference, and would state as follows:

1. The Pretrial Conference in this case is set for May 11, 2016 at 10:30 A.M.

2. The Trustee, through counsel, has filed a Motion to Compromise Controversy with Alexis Oms. The Trustee's Motion pursuant to Rule 9019 was filed in the Main Case at D.E. #46. The 9019 Motion was filed on 21-day negative notice. Pursuant to Rule 9013-1(D), parties have until April 14, 2016 to object to the proposed settlement. If the settlement is approved, the Trustee will be filing a notice of voluntary dismissal of this case. Therefore, the Trustee requests a continuance of the pretrial conference to the Court's June pretrial calendar.

CASE NO.: 16-01113-RAM

3. WHEREFORE, , Trustee, moves this Court for the entry of an Order continuing the Pretrial Conference to the Court's June 2016 Pretrial Calendar, together with any other relief the Court deems appropriate under the facts.

Dated: April 8, 2016

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail yanay@rabankruptcy.com

By _____/s/_____
YANAY GALBAN
Florida Bar No. 0105146

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served on this 8th day of April, 2016, to the Defendant by first class mail, as follows:

**Jorgelina Perea**
4220 W 5th LN
Hialeah, FL 33012

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail yanay@rabankruptcy.com

By _____/s/_____
YANAY GALBAN
Florida Bar No. 0105146